UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 16-842-JFW (AJWx)**                              Date: August 9, 2016

Title:   Suzette Almanza -v- Charter Cable Co., et al.

---

**PRESENT: HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                              None

**PROCEEDINGS (IN CHAMBERS):**     ORDER TO SHOW CAUSE

Based on the Joint Report Re: Results of Settlement Conference filed August 8, 2016 [Docket No. 16], it appears that counsel have wilfully violated the Court's Order to conduct a settlement conference by August 1, 2016. Accordingly, lead counsel are ordered to show cause in writing by **August 12, 2016** why sanctions should not be imposed against lead counsel in the amount of $5,000.00 and/or the action dismissed for their failure to conduct the Court ordered settlement conference.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions and dismissal of this action.

IT IS SO ORDERED.

Initials of Deputy Clerk  sr