MORGAN, LEWIS & BOCKIUS LLP
Barbara A. Fitzgerald, Bar No. 151038
Kathryn T. McGuigan, Bar No. 232112
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, California 90071-3132
Telephone: +1.213.612.2500
Facsimile: +1.213.612.2501
barbara.fitzgerald@morganlewis.com
kathryn.mcguigan@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
C. Robert Harrington, Bar No. 302239
One Market, Spear Street Tower
San Francisco, California 94105
Telephone: +1.415.442.1000
Facsimile: +1.415.442.1001
rob.harrington@morganlewis.com

Attorneys for Defendants
CHARTER COMMUNICATIONS, LLC; and
CHARTER COMMUNICATIONS
HOLDING COMPANY, LLC, *erroneously
named as* CHARTER CABLE CO, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZETTE ALMANZA, an individual<br><br>Plaintiff,<br><br>v.<br><br>CHARTER CABLE CO., Form Unknown; CHARTER COMMUNICATIONS, LLC, a Delaware corporation, dba CHARTER CABLE CO.; CHARTER COMMUNICATIONS HOLDING CO., LLC, a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:16-cv-00842 JFW(AJWx)<br><br>**[PROPOSED] ORDER ON ENTRY OF STIPULATED PROTECTIVE ORDER**<br><br>Judge: Hon. Andrew J. Wistrich |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 30640197.1

Case No. 2:16-cv-00842

1  The Court having reviewed the Stipulated Protective Order between Plaintiff SUZETTE ALMANZA and Defendants CHARTER CABLE CO.; CHARTER COMMUNICATIONS, LLC; CHARTER COMMUNICATIONS HOLDING CO., LLC (the "Stipulated Protective Order"), and FOR GOOD CAUSE SHOWN, HEREBY ORDERS that the parties' Stipulated Protective Order be APPROVED as requested.

IT IS SO ORDERED.

Dated: September 22, 2016

HON. ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 30640197.1

1

Case No. 2:16-cv-00842